UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-6091 RSWL (MRWx) | Date | September 20, 2012 |
|---|---|---|---|
| Title | Hartford Underwriters Ins. Co. v. Newco Intl., Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | CS 9/20/2012 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Margaret Mayo | Richard H. Gibson |

**Proceedings:**   (HEARING) ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT

  The Court conducted a hearing in this civil discovery matter. Plaintiff reports that Defendant Newco failed to fully comply with the Court's previous order (Docket # 58, dated September 10, 2012) to produce responsive materials by September 17.

  IT IS ORDERED that Defendant's attorney, Richard Gibson, and Mark Johnson of Defendant Newco will personally appear in the Courtroom of the Hon. Michael R. Wilner, United States Magistrate Judge, Courtroom H, 312 N. Spring St., Los Angeles, California, on Thursday, September 27, at 9 a.m., to show cause why they should not be found in civil contempt of the Court's September 10 production order.

  Messrs. Gibson and Johnson may discharge the OSC – and no personal appearance will be necessary by either individual – if Defendant: (a) by or before Tuesday, September 25, at 12 p.m., provides Plaintiff's attorneys with (i) the remaining responsive documents (described as tax returns and profit-and-loss statements for the years 2005, 2006, and 2007) by manual delivery or legible electronic transmission or (ii) a sworn statement made under penalty of perjury that Defendant does not possess or control any of those documents; and (b) files a statement with the Court by that date and time attesting to the full production or the nonexistence of the records.

|  | : | 20 |
|---|---|---|
|  | Initials of Preparer | vm |