DAVID F. MCDOWELL (BAR NO. 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

MARGARET MAYO (BAR NO. 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
Hartford Underwriters Insurance Company

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEWCO INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 2:11-CV-06091-RSWL-MRW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION AND VOLUNTARY DISMISSAL** |

///
///
///

ORDER GRANTING STIPULATION AND VOLUNTARY DISMISSAL
CASE NO. 2:11-CV-06091-RSWL-MRW
sf-3265035

**ORDER**

The Court, having reviewed the parties' stipulation of March 18, 2013 regarding the parties' voluntary dismissal of all their respective claims and counterclaims, subject to the Court's continuing jurisdiction to enforce the terms of the Agreement, and good cause showing, hereby orders as follows:

(1) The Court shall retain jurisdiction of this action for the purpose of enforcing the terms of the parties' Settlement Agreement, if necessary; and

(2) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to voluntarily dismiss all their respective claims and counterclaims, subject to the Court's continuing jurisdiction to enforce the terms of the Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 03/22/2013

## RONALD S.W. LEW

HON. RONALD S.W. LEW
SENIIOR, U.S. DISTRICT COURT JUDGE