DAVID F. MCDOWELL (BAR NO. 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

MARGARET MAYO (BAR NO. 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff
Hartford Underwriters Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>NEWCO INTERNATIONAL, INC.,<br><br>            Defendant. | Case No. 2:11-CV-06091-RSWL-MRW<br><br>**ORDER REGARDING ENTRY OF STIPULATED JUDGMENT**<br><br>Action Filed:  July 22, 2011 |

Plaintiff Hartford Underwriters Insurance Company ("Hartford"), and Defendant Newco International, Inc. ("Newco") (collectively, the "Parties"), having stipulated to the issuance of judgment against Newco, the Court hereby enters the Stipulated Judgment and pursuant to Fed. R. Civ. Proc. 54 and 58, directs the Clerk of Court to enter judgment in favor of Hartford and against Newco. Pursuant to such Stipulated Judgment, the Court hereby orders that Newco pay Hartford **$152,500.74**, plus any additional interest on $182,800.74 at the rate of ten (10) percent per annum from November 12, 2014 until the date of payment.

IT IS SO ORDERED.

Date: November 25, 2014

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE
