UNITED STATES DISTRICT COURT

 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>NEWCO INTERNATIONAL, INC.,<br><br>        Defendant. | 2:11-CV-06091-RSWL-MRW<br><br>**STIPULATED JUDGMENT** |

    Pursuant to the parties' Request for Entry of the parties' Stipulated Judgment [147],

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Hartford Underwriters Insurance Company ("Hartford") and against Newco International, Inc. ("Newco"), in the amount of $182,800.74, plus interest at the rate of ten (10) percent per annum from April 12, 2011, in the event of a default as defined in the Settlement Agreement dated

1

1  March 13, 2013, less any amounts paid by Newco under
2  the Settlement Agreement.
3      This Stipulated Judgment is lodged and entered only
4  in accordance with the terms of the above-mentioned
5  Settlement Agreement.

**IT IS SO ORDERED.**

DATED: February 17, 2015      RONALD S.W. LEW
                              **HONORABLE RONALD S.W. LEW**
                              Senior U.S. District Judge

2